**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2292

JOSEPH C. SUN,

Plaintiff - Appellant,

v.

JOE L. LOADHOLT,

Defendant - Appellee,

and

STACEY SMITH,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard M. Gergel, District Judge. (9:08-cv-04021-RMG)

Submitted: March 7, 2012          Decided: March 13, 2012

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph C. Sun, Appellant Pro Se. Darrell Thomas Johnson, Jr.; Warren Johnson, Hardeeville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph C. Sun appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sun v. Loadholt, No. 9:08-cv-04021-RMG (D.S.C. Nov. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED